UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST BANK,

        Plaintiff,

v.                         Case No. 8:10-cv-31-T-33AEP

JOSEPH A. GAETA, JR., ET AL.,

        Defendants.

_____/

**ORDER**

This matter is before the Court upon consideration of the
report and recommendation of the Honorable Anthony E.
Porcelli, United States Magistrate Judge (Doc. # 17), which
was filed on May 6, 2010. Judge Porcelli recommends that
Sarah K. Lovejoy-Story's Motion for Permission to Appeal *In
Forma Pauperis* (Doc. # 16) be denied and further recommends
that this Court certify that the appeal is not taken in good
faith in accordance with Fed.R.App.P. 24(a)(4).

No objections have been filed, and the time to file
objections has expired.

After conducting a careful and complete review of the
findings and recommendations, a district judge may accept,
reject or modify the magistrate judge's report and
recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v.
Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>,

459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 17) is **ACCEPTED AND ADOPTED**.

(2) Sarah K. Lovejoy-Story's Motion for Permission to Appeal *In Forma Pauperis* (Doc. # 16) is **DENIED**.

(3) This Court certifies that the appeal is not taken in good faith and the Clerk is directed to notify the Court of Appeals of this ruling in accordance with Fed.R.App.P. 24(a)(4).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u> day of May 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel and Parties of Record